# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00087-CV

**John McJunkin, Appellant**

**v.**

**James Jolly Clark, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN203382, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John McJunkin and appellee James Jolly Clark have notified the Court that they have reached a settlement agreement. In order to effectuate their agreement, the parties jointly request that the Court reverse the judgment in this case and remand to the trial court for further proceedings to implement their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(A); *Dunn v. Canadian Oil & Gas Servs. Inc.*, 908 S.W.2d 323, 324 (Tex. App.—El Paso 1995, no writ) (reversing and remanding to effectuate settlement). We grant the motion; without passing on the merits of the appeal, we reverse the trial court's judgment and remand to the trial court for further proceedings.

The parties also request that the Court expedite issuance of the mandate. *See* Tex. R. App. P. 18.1(c). We grant the request. The mandate will issue on the same date as this opinion and judgment. The parties have also stipulated that each party will bear his own costs.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Reversed and Remanded on Joint Motion

Filed: March 4, 2004

2